# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

GAYNELL COLBURN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

POTOMAC FAMILY DINING GROUP OPERATING COMPANY, LLC d/b/a APPLEBEE'S NEIGHBORHOOD GRILL AND BAR

    Defendant.

Case No. 1:20-cv-00253-GJH

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Gaynell Colburn, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses without prejudice the above entitled action as between Plaintiff and Defendant Potomac Family Dining Group Operating Company, LLC, with each party to bear its own costs and fees.

No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: June 12, 2020

Respectfully submitted,

*/s/ E. David Hoskins*
E. David Hoskins, Esq., No. 06705
**THE LAW OFFICES OF**
**E. DAVID HOSKINS, LLC**
16 East Lombard Street, Suite 400
Baltimore, Maryland 21202
(410) 662-6500 (Tel.)

davidhoskins@hoskinslaw.com

Kathleen P. Hyland, Esq., No. 30075
**Hyland Law Firm, LLC**
16 East Lombard Street, Suite 400
Baltimore, Maryland 21202
(410) 777-5396 (Tel.)
kat@lawhyland.com

R. Bruce Carlson, No. 29344
bcarlson@carlsonlynch.com
Kelly K. Iverson*
kiverson@carlsonlynch.com
**CARLSON LYNCH, LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246

Patrick W. Michenfelder
Chad Throndset
**THRONDSET MICHENFELDER, LLC**
Cornerstone Building
One Central Avenue West, Suite 203
St. Michael, MN 55376
Tel: (763) 515-6110
Fax: (763) 226-2515
pat@throndsetlaw.com
chad@throndsetlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on June 12, 2020.

>*/s/ E. David Hoskins*
>E. David Hoskins